IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN DOE[1], | ) | |
| Plaintiff, | ) ) ) | |
| | ) | NO. 3:22-cv-00181 |
| v. | ) ) | JUDGE CAMPBELL |
| WILLIAM LEE, et al., | ) ) | MAGISTRATE JUDGE FRENSLEY |
| Defendants. | ) ) | |

### ORDER

Pending before the Court is Plaintiff's Motion for a Preliminary Injunction. (Doc. No. 15). The Court will hold a hearing on the motion on May 31, 2022, at 1:30 p.m.

On or before May 23, 2022, the parties shall file the following pertaining to the preliminary injunction hearing: (1) any affidavits, (2) witness lists; (3) exhibit lists; (4) any depositions and/or deposition designations; (5) any stipulations; (6) any motions in limine; and (7) any supplemental briefs. No witness shall testify live at the preliminary injunction hearing unless the party calling such witness to testify has identified and made that witness available for a deposition prior to the hearing.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's Motion to Proceed Under Pseudonym (Doc. No. 6) remains pending before the Court and will be addressed in due course.