> **MOTION GRANTED.** The Clerk is directed to file the Amended Complaint.
> *[signature]*

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
|     *Plaintiff*, ) | Civil Action No: 3:22-CV-181 |
| ) | |
|     v. ) | Judge Campbell |
| ) | |
| William Lee, Governor of the State ) | Magistrate Judge Frensley |
| of Tennessee, in his official capacity; ) | |
| ) | |
| Et al, ) | JURY TRIAL DEMANDED |
| ) | |
| *Defendants.* ) | |

## PLAINTIFF'S FIRST MOTION TO AMEND COMPLAINT

Comes now Plaintiff, by and through Counsel, and moves this Honorable Court pursuant to Federal Rules of Civil Procedure 15(a)(1) to permit the filing of the attached First Amended Complaint. The sole amendment in this amended complaint is to name Plaintiff under his true name, as directed by the Court. (ECF 26, Order).

Counsels for Defendants have reviewed this motion and the proposed First Amended Complaint, and have indicated to Counsel for Plaintiff that Defendants do not oppose the proposed amendment.

Respectfully submitted,

*s/ Kyle Mothershead*
Kyle Mothershead, BPR 22953
2901 Dobbs Ave
Nashville, TN 37211
T: (615) 212-5036 / F: (615) 229-6387
E: kyle@relentlesslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on **April 29, 2022**, Plaintiff's **Motion to Amend Complaint** was filed electronically with the Court's electronic filing system. Notice of this filing will be electronically served by operation of the Court's electronic filing system on **Attorneys Miranda Jones and Cody Brandon, Counsels for Defendants Lee and Rausch**, at miranda.jones@ag.tn.gov and cody.brandon@ag.tn.gov, and on **Attorney J. Brooks Fox, Counsel for Defendant Metro, at Brook.Fox@nashville.gov**.

*s/ Kyle Mothershead*
Kyle Mothershead, BPR 22953