IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EARL CRAIG, | ) | |
| Plaintiff, | ) ) ) | |
| | ) | NO. 3:22-cv-00181 |
| v. | ) ) | JUDGE CAMPBELL |
| WILLIAM LEE, et al., | ) ) | MAGISTRATE JUDGE FRENSLEY |
| Defendants. | ) | |

## ORDER

Pending before the Court is the parties' Joint Motion to Reschedule the Preliminary Injunction Hearing or Alternatively for Review on the Papers. (Doc. No. 51). Through the Motion, the parties represent that a hearing is not necessary to resolve the pending motion for preliminary injunction and consent to a ruling on the record now before the Court. The motion is **GRANTED**. The Court will decide the motion on the filings and issue a ruling in due course.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE