IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **EARL CRAIG,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:22-cv-00181 |
| | ) | |
| **WILLIAM B. LEE,** Governor of the State of Tennessee, In his official capacity; | ) ) | |
| **DAVID B. RAUSCH,** Director of the | ) | Judge Campbell |
| Tennessee Bureau of Investigation, in his | ) | Magistrate Judge Frensley |
| official capacity, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## AGREED ORDER

Defendants have filed a Status Report notifying the Court of the issuance of the Opinion of the Sixth Circuit Court of Appeals in *Does #1-9 v. Lee*, No. 23-5248. They have also requested that this Court extend the stay of this case until 30 days after the Sixth Circuit issues its mandate in *Does #1-9* to facilitate discussions with Plaintiff about resolution of this case. Plaintiff agrees to the extension of the stay.

Pursuant to the parties' agreement and for good cause shown, the Court hereby **ORDERS** that this case remain **STAYED** and **ADMINISTRATIVELY CLOSED** until 30 days after the Sixth Circuit issues its mandate in *Does #1-9*. Within 30 days of the issuance of the mandate, the parties will file a joint status report notifying the Court of any resolution or outlining their proposal for resuming litigation, including a request for a scheduling conference.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE

AGREED FOR ENTRY:

/s/ *Kyle Mothershead*
Kyle Mothershead
Relentless Advocacy, PLLC
2901 Dobbs Ave.
Nashville, TN 37211
(615) 730-8619
Kyle@relentlesslaw.com
*Counsel for Plaintiff*


JONATHAN SKRMETTI
Attorney General and Reporter

/s/ *Brian Enright*
BRIAN ENRIGHT (B.P.R. NO. 041742)
Assistant Attorney General
DAVID WICKENHEISER (B.P.R. 040427)
Assistant Attorney General
Law Enforcement and Special
Prosecutions Division
Office of the Tennessee
Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
(615) 532-7400
Brian.Enright@ag.tn.gov
David.Wickenheiser@ag.tn.gov
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

   I hereby certify that a true and exact copy of the foregoing has been filed and served via the Court's electronic filing system to the individual listed below this 24th day of May, 2024.

Kyle Mothershead
Relentless Advocacy, PLLC
2901 Dobbs Ave.
Nashville, TN 37211
(615) 730-8619
Kyle@relentlesslaw.com
Counsel for Plaintiff

                /s/ *Brian Enright*
                BRIAN ENRIGHT

3

Case 3:22-cv-00181  Document 74  Filed 05/28/24  Page 3 of 3 PageID #: 756