Docusign Envelope ID: 8F46A1D4-BC30-4EF0-BC6B-1595BFAC12E1

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| EARL CRAIG, | ) |
| *Plaintiff*, | ) |
| v. | ) |
| | ) Civil Action No: 3:22-cv-181 |
| William Lee, Governor of the State of Tennessee, in his official capacity; | ) |
| | ) Judge Campbell |
| And, | ) |
| | ) Magistrate Judge Frensley |
| David Rausch, Director of the Tennessee Bureau of Investigation, in his official capacity. | ) |
| *Defendants.* | ) |

## DECLARATION OF EARL CRAIG

I, **Earl Craig**, hereby declare under penalty of perjury and the laws of the United States that the following is true and correct to the best of my knowledge, information, and belief:

1. I am the Plaintiff identified in the above-referenced case.

2. Pursuant to a Preliminary Injunction in this case, I was removed from the Tennessee Sexual Offender Registry ("SOR") on March 15, 2023.

3. Since being off the registry, my professional, family, and religious life have all improved significantly.

4. I am now able to travel out of state for work without the hassle of requesting permission to travel and registering in the state that I am going to.

5. I no longer have to go in person downtown to register every three months under pain of arrest and jail if I forgot to do so. This caused me fear and anxiety. When I was on the

registry, police officers would come to my house, sometimes late at night, which also caused me anxiety and fear.

6. I can also travel out state much more easily with my grandchildren on vacation. We can go camping in state parks, which my whole family loves, and which I was prohibited from doing while under the registry.

7. Finally, I am able to take my grandchildren to church, something that I missed out on for quite a few years, and spend quality time with them.

Signed by: Earl Craig

Date: 10/2/2024